EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes Section

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2005

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00195 SOM |
| Plaintiff, ) | |
| ) | INDICTMENT |
| v. ) | |
| ) | [18 U.S.C. § 922(g)(1); |
| CULLEN GANTE, ) | 26 U.S.C. §§ 5841; 5845; |
| ) | 5861(d); 5871] |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 30, 2005, in the District of Hawaii, the defendant, CULLEN GANTE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a

Remington 870 Wingmaster 20 gauge pump action shotgun, bearing serial number T562804X.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

<u>COUNT 2</u>

The Grand Jury further charges:

On or about March 30, 2005, in the District of Hawaii, the defendant, CULLEN GANTE, knowingly possessed a firearm, to wit, a Remington 870 Wingmaster 20 gauge pump action shotgun, bearing serial number T562804X, having a barrel length of less than 18 inches, and an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

DATED: May 18, 2005 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. CULLEN GANTE
Cr. No.
"Indictment"